# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 12CR3896-DMS |
| --- | --- |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| GEORGE ERNESTO ARGUETA (1), | |
| Defendant. | |



IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_X\_ the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_\_ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

\_X\_ of the offense(s) as charged in the Indictment:

21 USC 841(a)(1), 18 USC 2

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: March 29, 2013

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE