UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 12-CR-3896-DMS |
| ) Plaintiff, ) | |
| ) | JUDGMENT AND ORDER OF |
| v. ) | DISMISSAL OF INDICTMENT |
| ) | |
| ANTHONY MOSHE LAEZZA (2), ) | |
| ) Defendant. ) | |
| _____ ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case No. 12-CR-3896-DMS against Defendant ANTHONY MOSHE LAEZZA be dismissed without prejudice.

IT IS SO ORDERED.

DATED: April 19, 2013

_____
HON. DANA M. SABRAW
United States District Judge